# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: ___OY-15-00575-CV___

Trial Court Style: ___Knighthawk Hc Series G. vs. BF P Jew Michael Foster___

Trial Court No.: ___29842___

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: ___1-20-15 to 1-29-15___

The record was originally due: ___Dec. 23, 2015___

I anticipate the length of the record to be: ___7 Volumes, about 2,000 Pages___

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

☑ Other. Explain [attach additional pages if needed]: ___I need to go to Del Rio to pick up Exhibits & have scanned. Del Rio has Exhibits.___

I anticipate the record will be completed by: ___Jan. 23, 2016___

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: ___Dec. 23, 2015___

Signature: _____

Printed Name: ___Lichē M. Cavazos___

Title: ___Official Court Reporter___

### Acknowledgment
(To be completed by notary or court clerk)

N/A

State of Texas §
County of _____ §

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: _____  Signature: _____
Seal: _____  Printed Name: _____